WILLIAM A. OVERTON, Respondent, *v.* ARLINE A. WILSON, Appellant, Impleaded with Others.

*Overton v. Wilson*, 156 App. Div. 22, affirmed.
(Submitted October 20, 1913; decided November 18, 1913.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 28, 1913, which affirmed an interlocutory judgment of Special Term in an action of partition.

The following questions were certified: "I. Was the devise of the remainder in the tenth clause of the will of Charles Wilson, a devise to a class to take effect in possession upon the termination of the preceding life estates?

"II. If so, are those persons only entitled to participate in the devise who were members of the class at the time when said preceding life estates terminated?

"III. If the devise was not to a class, then did Charles E. Wilson, the grandchild of the testator, Charles Wilson, take a vested interest in all or any portion of the property

of the said Charles Wilson at the time of the death of the said Charles Wilson by virtue of the will of the said Charles Wilson ?

" IV. If the said Charles E. Wilson took a vested interest in all or any portion of the property of the said Charles Wilson, was such interest divested by the death of the said Charles E. Wilson during the continuance of the trust provided for in the said will to the said James E. Wilson and Kate Cornell Wilson ?"

*Walter H. Bond* for appellant.

*Edward M. Grout, Paul Grout* and *Charles B. La Voe* for respondent.

Order affirmed, with costs, on the opinion of BURR, J., below. Second question certified answered as follows: Under the tenth clause of the will only any issue of the testator living at the decease of the parent were entitled to receive the share held in trust for the parent during his or her life. Other questions not answered.

Concur: CULLEN, Ch. J., GRAY, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ. Absent: WERNER, J.